AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District of Texas
FILED
JUN 19 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Adrian ATZIN Perez<br>DOB: XX-XX-1995<br><br>*Defendant(s)* | Case No. M-20-1249-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 29, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intenionally possess with intent to distribute 35.80 kilograms of crystal methamphetamine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See "Attachment"
Submitted by reliable electronic means, sworn to and attested to telephinically per Fed.R.Cr.P.4.1, and probable cause found on:
Approved by: AUSA Frances Blake

☑ Continued on the attached sheet.

/s/ Ashley Brazelton
*Complainant's signature*

Ashley Brazelton, DEA Special Agent
*Printed name and title*

Date: 6/19/20 - 8:12 a.m.

*Judge's signature*

City and state:

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT

On August 29, 2019, Special Agents (SAs) with Texas Department of Public Safety Counter Intelligence Division (DPS CID) and Drug Enforcement (DEA) set up surveillance at the Walmart Supercenter located at 3000 South Jackson Road in Hidalgo, Texas. On the same date, at approximately 12:50 p.m., a DPS Trooper, acting in an undercover capacity (UC) was awaiting to meet with a subject, subsequently identified as Jose Adrian ATZIN Perez (DOB XX/XX/1995, hereafter ATZIN). The UC was awaiting to receive narcotic-laden speaker boxers from ATZIN. On the same date, at approximately 1:16 p.m., the UC received a telephone call from ATZIN who directed the UC to meet him (ATZIN) at a different location, Parker and Company, which was located at the intersection of South Jackson Road and West Las Milpas Road. Agents maintained surveillance on the UC and at approximately 1:20 p.m., agents observed the UC arrive at Parker and Company and park next to a red tractor bearing Mexico license plate 894SU9 which was connected to a trailer bearing Texas license plate A10177A. At approximately 1:22 p.m., SAs observed the UC engage in conversation with a young Hispanic male subject who appeared to be 5'5" in height and approximately in his mid-twenties. Shortly after the UC made contact with ATZIN, the UC was handed two (2) speaker boxes from ATZIN and the UC placed the speaker boxes inside the UC vehicle and departed the Parker and Company area. SAs maintained surveillance on the UC as they traveled to the DEA McAllen District Office. SAs maintained surveillance on ATZIN for a short period afterwards. Border Patrol intelligence provided the identifying information for ATZIN and the UC confirmed that the subject they met with was indeed ATZIN.

On August 30, 2019, subsequent to the acquisition of the narcotic-laden speaker boxes from the previous day, SAs removed a white, loose crystal substance from each speaker box, which weighed approximately 35.80 kilograms. A field test was conducted on the white, crystal substance, which yielded positive for the presence of methamphetamine.